RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE
BY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | |
|---|---|
| **JAMES M. TURNBO** | **CIVIL ACTION NO. 05-0251-A** |
| **VS.** | **SECTION P** |
| **STATE OF LOUISIANA, ET AL.** | **JUDGE DRELL** |
| | **MAGISTRATE JUDGE KIRK** |

**MAGISTRATE JUDGE KIRK**

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Findings and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous and as failing to state a claim upon which relief may be granted and for seeking monetary damages against defendants who are immune under 28 U.S.C. §1915(e)(2)(B)(i)(ii) and (iii).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 25 day of July, 2005.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**